## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| CAPSTONE ASSET MANAGEMENT COMPANY, Administrator and Investment Advisor for Capstone Series Fund, Inc., on behalf of its portfolio, Steward Small-Mid Cap Enhanced Index Fund (formerly known as the Capstone Growth Fund), Derivatively on Behalf of EPIQ SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOM W. OLOFSON, CHRISTOPHER E. OLOFSON, ELIZABETH M. BRAHAM, DOUGLAS W. FLEMING, SCOTT W. OLOFSON, JANICE E. KATTERHENRY, JAMES A. BYRNES, W. BRYAN SATTERLEE, EDWARD M. CONNOLLY, JR., JOEL PELOFSKY, ROBERT C. LEVY and RON L. JACOBS, <br><br> Defendants, <br><br> – and – <br><br> EPIQ SYSTEMS, INC., a Missouri corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:08-cv-02418-KHV-JPO |

## MOTION TO VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO RULES 41(A) and 23.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND SUGGESTION IN SUPPORT THEREOF

COMES NOW Plaintiff Capstone Asset Management Fund, by counsel and pursuant to Rules 41(a) and 23.1 of the Federal Rules of Civil Procedure, hereby moves the Court to dismiss this action without prejudice.  In support of its Motion, plaintiff states as follows:

On September 9, 2008, plaintiff filed its VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND STATE CLAIMS FOR BREACH OF FIDUCIARY DUTY AND ACTION FOR ACCOUNTING, derivatively on behalf of Epiq Systems, Inc.

Plaintiff seeks this dismissal without prejudice. No benefit is lost to the corporation. Furthermore, there is no collusion between plaintiff and defendants or the Company, and this dismissal will not prejudice the corporation or its shareholders.

No defendant or attorney for defendant has filed an answer, motion, pleading or otherwise entered their appearance in this lawsuit.

WHEREFORE, pursuant to Rules 41(a) and 23.1 of the Federal Rules of Civil Procedure, plaintiff hereby respectfully requests that the Court dismiss this action without prejudice.

*/s/ Robert P. Numrich*
Lee M. Baty               #70304
Robert P. Numrich         #12356
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, Missouri 64112-3012
(816) 531-7200
FAX: (816) 531-7201
bnumrich@batyholm.com
tjohnson@batyholm.com

Alfred G. Yates, Jr.
LAW OFFICES OF ALFRED G.
   YATES, JR., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
Telephone: 412/391-5164
412/471-1033 (fax)
yateslaw@aol.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify on this 29th day of September 2008 that a copy of the foregoing was filed electronically with the Clerk of the Court. Copies of the foregoing will be mailed, postage-prepaid, by the undersigned upon the following attorneys who have notified counsel for plaintiff of their probable representation of defendants:

J. Andrew Langan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
P: (312) 861-2064 (Direct)
P: (312) 861-2000 (Main)
F: (312) 861-2200
alangan@kirkland.com

Joseph M. Rebein
Shook Hardy & Bacon, LLC
2555 Grand Blvd.
Kansas City, Missouri 64108
P: 816-559-2227 (Direct)
P: 816-474-6550 (Main)
F: 816-421-5547

ATTORNEYS FOR DEFENDANTS


*/s/ Robert P. Numrich*
Attorney for Plaintiff