*(Revised 3/00)*           CLERK'S COURTROOM MINUTE SHEET

CASE NO.  **08-2418-KHV**

| CAPTION: | APPEARANCES: |
|---|---|
| **CAPSTONE ASSET MANAGEMENT COMPANY** | Robert P. Numrich |
| vs. | |
| **TOM W. OLOFSON, et al.** | |

Judge: VRATIL     Clerk: South     Reporter: Hallberg     Location: Kansas City

Date:  **November 25, 2008**

Type of Proceeding: **Hearing on Motion.**

#2 Motion to dismiss - Sustained, without prejudice.